# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA MARTINEZ LEAL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:22-cv-00759-GSA<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br><br><br>(Doc. 17) |

　　　The motion (Doc. 17) is **granted** and Plaintiff's objections are due on March 26, 2024.

IT IS SO ORDERED.

　　　Dated:　**March 13, 2024**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1