# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA MARTINEZ LEAL,<br><br>Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 1:22-cv-00759-GSA<br><br>**ORDER GRANTING EAJA FEES**<br><br>(Doc. 23) |

Pursuant to stipulation, Doc. 23, it is ORDERED that attorney fees and expenses of $7,500.00 are awarded to Plaintiff subject to the terms set forth in the stipulation dated June 27, 2024.

IT IS SO ORDERED.

Dated:   **June 27, 2024**          /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE